IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-41166
Conference Calendar
_____


HIPOLITO QUINONES,

                                        Plaintiff-Appellant,

versus

TERRAL H. WARREN, Captain, Michael Unit;
CLIFTON WARNER, Lieutenant, Michael Unit;
VICTOR MALINA, Sergeant, Michael Unit;
TOBY L. COCKERHAM, CO, Michael Unit;
BILLY KNUDTSON, CO, Michael Unit;
FNU GIPSON, Doctor, Michael Unit,

                                        Defendants-Appellees.

---------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:97-CV-477
---------------------

June 16, 1998
Before DAVIS, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Hipolito Quinones, Texas inmate # 511282, is BARRED from proceeding in forma pauperis (IFP) under the Prison Litigation Reform Act of 1995 (PLRA) because, on at least three prior occasions while incarcerated, Quinones has brought an action or appeal in a United States Court that was dismissed as frivolous

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

or for failure to state a claim upon which relief could be granted.  See Quinones v. Jock, No. 96-41186 (5th Cir. Oct. 23, 1997) (unpublished; appeal of dismissal for frivolousness dismissed as frivolous counts as two strikes); see 28 U.S.C. § 1915(g); see Adepegba v. Hammons, 103 F.3d 383, 388 (5th Cir. 1996); see Quinones v. Mayfield, No. 6:95cv888 (E.D. Tex. Sept. 24, 1997)(dismissal for failure to state claim counts as strike when appeal is exhausted or waived); see Adepegba, 103 F.3d at 388.  Accordingly, Quinones's IFP status is DECERTIFIED, and he may not proceed IFP in any civil action or appeal filed while he is in prison unless he is under imminent danger of serious physical injury.  28 U.S.C. § 1915(g).  The appeal is DISMISSED.

Quinones has 15 days from the date of this opinion to pay the full appellate filing fee of $105 to the clerk of the district court, should he wish to reinstate his appeal.

IFP DECERTIFIED; APPEAL DISMISSED.